C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
BRANDON DEAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00494-MCE |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| MARQUIS AIKENS, et al. | |
| Defendants. | |

STIPULATION

This matter was scheduled for Status Conference on June 7, 2007, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr.  I have contacted counsel for the United States, AUSA John Vincent, and he has agreed to continue this matter until July 19, 2007, at 9:00 a.m.   All counsel continue to review discovery provided and prepare for possible motions.

All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for June 7, 2007, at 9:00 a.m., to July 19, 2007, at 9:00 a.m. in the courtroom of the Morrison C. England, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:   6-06-07                              /s/ C. Emmett Mahle
                                              C. EMMETT MAHLE
                                              Attorney for Defendant
                                              BRANDON DEAN

- 1

DATED: 6-06-07         /s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for Defendant
MARQUIS AIKENS

DATED: 6-06-07         /s/ Timothy Warriner
TIMOTHY WARRINER
Attorney for Defendant
MARQUIS JACKSON

DATED: 6-06-07         /s/ Ned Smock
NED SMOCK
Attorney for Defendant
ALEX S. BAKER

DATED: 4-11-07         /s/ John Vincent
JOHN VINCENT
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel, the Status Conference that was scheduled for June 7, 2007, at 9:00 a.m., is hereby continued to July 19, 2007, at 9:00 a.m., in the courtroom of the Honorable Morrison England, Jr.  Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: June 6, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE