```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEX S. BAKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MARQUIS D. AIKENS,<br>MARQUIS D. JACKSON,<br>ALEX S. BAKER, and<br>BRANDON D. DEAN,<br><br>        Defendants.<br>_____ | No. 2:06-cr-00494-MCE<br><br>STIPULATION AND ORDER<br><br><br><br>Date: August 23, 2007<br>Time: 9:00 A.M.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JOHN VINCENT, Assistant United States Attorney, attorney for Plaintiff; NED SMOCK, attorney for defendant Alex S. Baker; MICHAEL BIGELOW, attorney for defendant Marquis D. Aikens; TIMOTHY WARRINER, attorney for defendant Marquis D. Jackson; and C. EMMETT MAHLE, attorney for defendant Brandon D. Dean that the current Status Conference date of July 19, 2007 be vacated and a new date of August 23, 2007 be set for status.  The defense seeks additional time to review discovery and perform ongoing investigation. The government has no objection.

1     It is further stipulated and agreed between the parties that the
2  period between July 19, 2007 and August 23, 2007, should be excluded in
3  computing the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act for
5  defense preparation.  All parties stipulate and agree that this is an
6  appropriate exclusion of time within the meaning of Title 18, United
7  States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: July 18, 2007
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                          /s/ Ned Smock
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ALEX S. BAKER


Dated:   July 18, 2007                  /s/ Ned Smock for Michael Bigelow
                                        MICHAEL BIGELOW
                                        Attorney for Defendant
                                        MARQUIS D. AIKENS

Dated:   July 18, 2007                  /s/ Ned Smock for Timothy Warriner
                                        TIMOTHY WARRINER
                                        Attorney for Defendant
                                        MARQUIS D. JACKSON

Dated:   July 18, 2007                  /s/ Ned Smock for C. Emmett Mahle
                                        C. EMMETT MAHLE
                                        Attorney for Defendant
                                        BRANDON D. DEAN

Stipulation & Order                2

```
                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated:  July 18, 2007

                                    /s/ Ned Smock for John Vincent
                                    JOHN VINCENT
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated: July 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                        3