```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEX S. BAKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>             Plaintiff,           )<br>                                  )<br>      v.                          )<br>                                  )<br>MARQUIS D. AIKENS,                )<br>MARQUIS D. JACKSON,               )<br>ALEX S. BAKER, and                )<br>BRANDON D. DEAN,                  )<br>                                  )<br>             Defendants.          )<br>_____ ) | No. 2:06-cr-00494-MCE<br><br>STIPULATION AND ORDER<br><br><br>Date: September 27, 2007<br>Time: 9:00 A.M.<br>Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JOHN VINCENT, Assistant United States Attorney, attorney for Plaintiff; NED SMOCK, attorney for defendant Alex S. Baker; MICHAEL BIGELOW, attorney for defendant Marquis D. Aikens; TIMOTHY WARRINER, attorney for defendant Marquis D. Jackson; and C. EMMETT MAHLE, attorney for defendant Brandon D. Dean that the current Status Conference date of August 23, 2007 be vacated and a new date of September 27, 2007 be set for status.  The defense seeks additional time for investigation.  This case involves more than 1,000 pages of discovery and more than 20 potential witnesses.

1  The government has no objection.

2      It is further stipulated and agreed between the parties that the
3  period between August 23, 2007 and September 27, 2007, should be
4  excluded in computing the time within which the trial of the above
5  criminal prosecution must commence for purposes of the Speedy Trial Act
6  for defense preparation. All parties stipulate and agree that this is
7  an appropriate exclusion of time within the meaning of Title 18, United
8  States Code, Section 3161(h)(8)(iv) (Local Code T4).

9  Dated: August 22, 2007
                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                          /s/ Ned Smock
                                      NED SMOCK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ALEX S. BAKER

Dated: August 22, 2007         /s/ Ned Smock for Michael Bigelow
                                      MICHAEL BIGELOW
                                      Attorney for Defendant
                                      MARQUIS D. AIKENS

Dated: August 22, 2007         /s/ Ned Smock for Timothy Warriner
                                      TIMOTHY WARRINER
                                      Attorney for Defendant
                                      MARQUIS D. JACKSON

Dated: August 22, 2007         /s/ Ned Smock for C. Emmett Mahle
                                      C. EMMETT MAHLE
                                      Attorney for Defendant
                                      BRANDON D. DEAN

```
                              MCGREGOR W. SCOTT
                                 United States Attorney

Dated:  August 22, 2007
                                 /s/ Ned Smock for John Vincent
                                 JOHN VINCENT
                                 Assistant U.S. Attorney




                                      ORDER

IT IS SO ORDERED.

 Dated: August 22, 2007


                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE
```

Stipulation & Order                          3