DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALEX S. BAKER




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No. CR. S-06-494 MCE |
| Plaintiff, | ) |
| | )  **ORDER TO SEAL** |
| v. | ) |
| MARQUIS D. AIKENS, | ) |
| MARQUIS D. JACKSON, | ) |
| ALEX S. BAKER, and | ) |
| BRANDON D. DEAN | ) |
| Defendants. | ) |
| | ) |

The Clerk of the Court is ORDERED to file the attached document under seal.


**IT IS SO ORDERED.**


Dated: October 25, 2007

Kimberly J. Mueller
United States Magistrate Judge