```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ALEX S. BAKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00494-MCE |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | Date: May 15, 2008 |
| MARQUIS D. AIKENS, MARQUIS D. JACKSON, ALEX S. BAKER, and BRANDON D. DEAN, | ) | Time: 9:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JOHN VINCENT, Assistant United States Attorney, attorney for plaintiff; MARY M. FRENCH, attorney for defendant Alex S. Baker; and J. Toney, attorney for defendant Brandon D. Dean, that the current status conference hearing date of May 1, 2008, be vacated and that a new status conference hearing date of May 15, 2008 be set.

The reason for this request is that defense counsel need additional time to review discovery, and for on-going defense research and investigation.

It is further stipulated and agreed between the parties that the period between May 1, 2008, and May 15, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation and continuity of counsel.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated:  April 30, 2008          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Mary M. French
                                  MARY M. FRENCH
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  ALEX S. BAKER

Dated:  April 30, 2008          /s/ Mary M. French for J. Toney
                                  J. TONEY
                                  Attorney for Defendant
                                  BRANDON D. DEAN

                                  MCGREGOR W. SCOTT
                                  United States Attorney

Dated:  April 30, 2008

                                  /s/ Mary M. French for John Vincent
                                  JOHN VINCENT
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2