PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Marquis D. AIKENS |
| **Docket Number:** | 2:06CR00494-01 |
| **Offender Address:** | Inglewood, California |
| **Judicial Officer:** | Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 05/01/2008 |
| **Original Offense:** | 18 USC 371 - Conspiracy to Commit Bank Fraud<br>(CLASS D FELONY) |
| **Original Sentence:** | 30 months custody of Bureau of Prisons; 36 month term of supervised release; $100 special assessment; $138,075.52 restitution. |
| **Special Conditions:** | Submit to search; Not dispose or dissipate any assets until restitution is paid in full; Financial disclosure; Not incur new credit charges; Not possess any document in any name other than his own name. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 03/18/2009 |
| **Assistant U.S. Attorney:** | John K. Vincent   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Michael B. Bigelow   **Telephone:** (916) 443-0217 |
| **Other Court Action:** | None |

**RE:**   Marquis D. AIKENS
          Docket Number:   2:06CR00494-01
          <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation to the terms of supervision. The Probation Officer has developed a plan to dispose of the non-compliance with action less than revocation, and the Court is requested to approve this plan to address the non-compliance.

**1.   IRREGULAR RESTITUTION PAYMENTS**

**Details of alleged non-compliance:**  The offender is being supervised by the Central District of California.  Upon commencement of supervision, the Probation Officer determined the offender would need to pay $3,836 per month in order to pay the Court-ordered restitution in full prior to his expiration of supervision.  A financial investigation reveals that the offender does not currently have the ability to pay this amount.  To date, the offender has paid $75.00 towards his restitution, leaving a balance of $138,000.52.  Payments commensurate with his ability to pay have been established at $50 per month, or 10% of his gross monthly income, which ever is greater.  The Probation Officer will continue to collect, and will increase, payments according to the offender's ability to pay.  The offender is in compliance with all other supervision terms and conditions.

**United States Probation Officer Plan/Justification:**  Therefore, it is recommended that no formal Court action be taken at this time.  The Probation Officer will inform the Court regarding any financial circumstances or other supervision issues which warrant Court action.

RE:     **Marquis D. AIKENS**
        **Docket Number:   2:06CR00494-01**
        <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

Respectfully submitted,

/s/Scott W. Storey
**SCOTT W. STOREY**
**United States Probation Officer**
Telephone:  (916) 930-4319

**DATED:**   October 23, 2009
             Sacramento, California
             SWS/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(XX)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )    Submit a Request for Modifying the Conditions or Term of Supervision.

( )    Submit a Request for Warrant or Summons.

( )    Other:

Dated:  November 3, 2009

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

RE:   Marquis D. AIKENS
      Docket Number:   2:06CR00494-01
      **REPORT OF OFFENDER NON-COMPLIANCE**


cc:   United States Probation
      John K Vincent, Assistant United States Attorney
      Michael B. Bigelow, Defense Counsel